# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ALEXANDER LEBRON-RIVERA

**WARRANT FOR ARREST**

Case Number: 08-M-3021

FILED
APR 24 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALEXANDER LEBRON-RIVERA
                                     NAME

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Transfer of Stolen Identification Documents

in violation of Title 18 United States Code, Section 1028(a)(2).

U.S. MARSHALS SERVICE
CENTRAL ILLINOIS
APR 22 P 4:46
RECEIVED

Byron G. Cudmore
Name of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

BAIL FIXED AT $ NO BAIL

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

April 21, 2008   at   Springfield, Illinois
Date and Location

by   Byron G. Cudmore
     Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Beardstown

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 04/22/08 | Jon Brooks | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 04/21/08 | USSS | |